March 13, 1984.

473 A.2d 663

Commonwealth v. Butler, Appellant.

Submitted February 15, 1984. Kimberly McFadden, for appellant; James Martin Connell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.